## Edith L. Mitchell, Appellee, v. David Swesnik and Swesnik Loan Company, Inc., Appellants.

### Gen. No. 43,113.

opinion filed December 11, 1944; rehearing denied December 26, 1944; released for publication December 27, 1944. Myer H. Gladstone, for appellants; Tenney, Sherman, Rogers & Guthrie, for appellee; S. Ashley Guthrie, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.